UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: MAXINE SPILLER          )          CASE NO. 08-20745KL
                               )
                               )          CHAPTER 13 BANKRUPTCY
DEBTOR                         )
                               )

NOTICE OF FINAL CURE PAYMENT

     Pursuant to Federal Bankruptcy Rule 3002.1(d), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: JP MORGAN CHASE**
**Court Claim No.:   2**

**Last four (4) digits of any number used to identify the Debtor's account: 3152**

**Final Cure Amount:**

     Amount of Allowed Pre-Petition Arrearage:   $6,623.79

     Amount Paid By Trustee                       $6,623.79

**Monthly Ongoing Mortgage Payment is Paid:**

     _XX__ Through the Chapter 13 Trustee conduit          ___ Direct by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(e), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: July 16, 2013                      Respectfully Submitted:

                                          /s/ Paul R. Chael
                                          Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2013, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

U.S. Trustee- ustpregion10.soecf@usdoj.gov.com
Debtor(s) Attorney - ROSS HUBBELL, 4231 BROADWAY, GARY, IN 46409
Creditor(s) Attorney – JOHN JOSEPH   JJOSEPH@feiwellhannoy.com

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) - MAXINE SPILLER, 1701 HANLEY STREET, GARY, IN 46406
Creditors(s) – JP MORGAN CHASE, 3415 VISION DR., OH-7133, COLUMBUS, OH 43219

                                            Paul R. Chael /s/
                                            Paul R. Chael, Chapter 13 Trustee
                                            401 West 84th Drive, Suite C
                                            Merrillville, IN 46410