UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| MAXINE SPILLER | ) | CASE NO. 08-20745-KL-13 |
| | ) | |
| Debtor | ) | |
| | ) | |

APPEARANCE

The undersigned of the law firm of Feiwell & Hannoy, P.C., P.O. Box 44141, 251 North Illinois Street, Suite 1700, Indianapolis, Indiana 46204, enters her Appearance on behalf of Chase Home Finance LLC, a creditor in the above-referenced bankruptcy proceeding, and requests that all matters be directed to his attention.

FEIWELL & HANNOY

/s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49
Attorney for CHASE HOME FINANCE LLC
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727
Fax: (317) 237-2717
Email: jowens@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on August 6, 2013, to the following:

Maxine Spiller
Debtor
1701 Hanley St
Gary, IN 46406-2701

S. Ross Hubbell
Attorney at Law
4231 Broadway
Gary, IN 46409

Paul R. Chael
Trustee
401 West 84th Drive  Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

  /s/ JESSICA S. OWENS
JESSICA S. OWENS, Attorney No. 26533-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**